UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
ABRAMS, CLEMENT O.
JONES-ABRAMS, T. RHENAE

CASE NO. 10-71722-FJS

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| City of Chesapeake<br>Barbara O. Carraway, Treasurer<br>Chesapeake, VA 23328-6495 | $3.85 |
| **TOTAL** | **$3.85** |

Dated: September 9, 2011

*Carolyn L. Camardo*
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 09/09/11 12:27 PM

Page: 1

## Claims Distribution Small Checks

Trustee: **CAROLYN L. CAMARDO (660050)**

Case: 10-71722 - ABRAMS, CLEMENT O.

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $3.85 |
| 920070020213366 | 108 | 09/09/11 4 | 11/19/10 | 610 | City of Chesapeake | 109.95 | 109.95 | 3.85 | 3.85 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this 9th day of September, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

/s/ Carolyn L. Camardo
Carolyn L. Camardo, Trustee